E-filing

FILED
FEB 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

C08-00989 JCS

PAUL M. SANDERS, Plaintiff,

CASE NO. _____

vs. Highland general Hospt/
Alameda County Medical Center
D/B/A ~~the~~
Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, PAUL M SANDERS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___    No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____

January 20, 2006 - 35.72 He pnion
plumber

- 1 -

1 | wages per month which you received.
2 | _Recieved $3500⁰⁰ in gross $2200⁰⁰ Net income_
3 |
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |   a. Business, Profession or                                Yes ___ No _X_
8 |      self employment
9 |   b. Income from stocks, bonds,                             Yes ___ No _X_
10 |     or royalties?
11 |  c. Rent payments?                                         Yes ___ No _X_
12 |  d. Pensions, annuities, or                                Yes ___ No _X_
13 |     life insurance payments?
14 |  e. Federal or State welfare payments,                     Yes ___ No _X_
15 |     Social Security or other govern-
16 |     ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____N/A_____
20 |
21 | 3. Are you married?                                        Yes ___ No _X_
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____N/A_____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4. a. List amount you contribute to your spouse's support:$ _____
27 |    b. List the persons other than your spouse who are dependent upon you for support and
28 |       indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

1         list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2   _____

3   _____

4   5.    Do you own or are you buying a home?    Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?    Yes ___ No ___

7   Make __Buick__ Year __1996__ Model __Century__

8   Is it financed? Yes ____ No _X_ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.    Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: __Bank of America / Savings / Newport__

12  __Oregon Branch__

13  Present balance(s): $ __1600__

14  Do you own any cash? Yes _X_ No ___ Amount: $ __5000__

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16  value.) Yes ___ No _X_

17  _____

18  8.    What are your monthly expenses? __None (Rely on children for Support)__

19  Rent: $ __N/A__ Utilities: __N/A__

20  Food: $ __N/A__ Clothing: __N/A__

21  Charge Accounts:

22  Name of Account      Monthly Payment      Total Owed on This Account

23  _____ $ _____ $ _____

24  __N/A__ $ _____ $ _____

25  _____ $ _____ $ _____

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they

27  are payable. Do not include account numbers.) __yes Newport General Hospital $16000 Oregon__

28  __Doctors Hospital Modesto CA $15000.00__

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____     -3-

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?    Yes ___    No _X_
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11    _2/19/2008_                            _Paul W Sanders_
12        DATE                            SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APP. TO PROC. IN FORMA
PAUPERIS, Case No.____                       - 4 -

February 18, 2008

US 9th District Court
No. Cal. District
Ronald V. Dellums Federal Bldg.
1301 Clay Street, Suite 400S
Oakland, Ca. 94612-5217

Re: Ex Parte communication concerning In Forma Pauperis Application

Dear Your Honor,

    Enclosed is a copy of a recent order to proceed In Forma Pauperis signed by the honorable United States Magistrate Judge Thomas M. Coffin for a case I have currently in the Oregon District, in support of my current application to proceed In Forma Pauperis. My financial state has not changed since this order. I appreciate any consideration you may give me in this matter.

Yours Truly,

*[signature]*

Paul M. Sanders
Plaintiff *Pro Se*

c.c. Sanders v. ACMC court correspondence file

FILED '08 JAN 18 14:42 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL SANDERS,

    Plaintiff,

v.

NATIONAL LABOR RELATIONS
BOARD REGION 19, et al.,

    Defendants.

Civil No. 07-6366-TC

ORDER TO PROCEED
IN FORMA PAUPERIS

COFFIN, Magistrate Judge.

    Plaintiff's Application to proceed in forma pauperis (#1) is allowed.

    IT IS FURTHER ORDERED that the Clerk shall issue process. Service of the summons and complaint shall be made by the United States Marshal's Service.

    IT IS SO ORDERED.

    DATED this 18 day of January, 2008.

_____
Thomas M. Coffin
United States Magistrate Judge

1 - ORDER TO PROCEED IN FORMA PAUPERIS