UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL M. SANDERS,

      Plaintiff,

  v.

HIGHLAND GENERAL HOSPITAL,

      Defendant.
_____/

No. C-08-0989 JCS

**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS [Docket No. 3]**

      The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Plaintiff has consented to the jurisdiction of a United States magistrate judge, pursuant to 28 U.S.C. § 636(c). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

      IT IS SO ORDERED.

DATED: March 7, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


PAUL M. SANDERS,

        Plaintiff,

  v.

HIGHLAND GENERAL HOSPITAL et al,

        Defendant.

Case Number: CV08-00989 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Paul M. Sanders
1607 Silkwood Dr.
Modesto, CA 95350

Dated: February 26, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk