AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PAUL M. SANDERS )<br>   Plaintiff )<br>   v. )<br>HIGHLAND GENERAL HOSPITAL )<br>   Defendant ) | Civil Action No.   CV 08-00989 JCS |

**Summons in a Civil Action**

To:        PLEASE SEE ATTACHMENT
                *(Defendant's name)*

A lawsuit has been filed against you.

Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paul M. Sanders
1607 Silkwood Drive
Modesto, CA 95350

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                    Richard W. Wieking
                                                                    Name of clerk of court

Date:    April 3, 2008                                              Gina Agustine
                                                                    Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

DEFENDANTS

Highland General Hospital, d/b/a
Alameda County Medical Center
Dr. H. Steele
Dr. A. Pease
Dr. G. Hern
Dr. R. Clements
Dr. D. Price

ALAMEDA COUNTY MEDICAL CENTER
1411 East 31st Street
Oakland, CA 94602