USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PAUL M. SANDERS | C08-989 JCS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HIGHLAND GENERAL HOSPITAL, ET AL | SUMMON, COMPLAINT & ORDERS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. G. HERN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
ALAMEDA COUNTY MEDICAL CENTER, 1411 EAST 31ST STREET, OAKLAND, CA 94602

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

PAUL M. SANDERS
1607 SILKWOOD DRIVE
MODESTO, CA 95350
(209) 527-6324

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

FILED 08 MAY 12 PM 2:07

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                                  Fold

Signature of Attorney or Other Originator requesting service on behalf of:
GINA AGUSTINE

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (415) 522-2000
DATE: 4/3/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 4 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date: 04/10/08 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
JESSICA HUTCHESON - CLERK OF STATE B of S

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 04/30/08   Time: 1:38 pm

Signature of U.S. Marshal or Deputy

| Service Fee: $45 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00