1  PAUL M. SANDERS
   (paulmsanders@yahoo.com)
2  1607 Silkwood Drive
   Modesto, CA 95350
3  Telephone: (209) 527-6324

4  Plaintiff In *Pro Se*

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | PAUL M. SANDERS,                            | Case No. **C08-00989 JCS**
12 |                Plaintiff,                   |
13 |        v.                                   | PLAINTIFF PAUL M. SANDERS'
   |                                             | EX-PARTE MOTION TO CONTINUE
14 | **HIGHLAND GENERAL**                        | THE INITIAL CASE MANAGEMENT
   | **HOSPITAL** d/b/a/ **ALAMEDA**             | CONFERENCE
15 | **COUNTY MEDICAL CENTER,** a                |
   | corporation, **DR. H. STEELE,** an          |
16 | individual, **DR. A. PEASE,** an            |
   | individual, **DR. G. HERN,** an             |
17 | individual, **DR. R. CLEMENTS,** an         |
   | individual, **DR. D. PRICE,** an            |
18 | individual, and **DOES 1-20** et al,        |
19 |                Defendants.                  | HON. JUDGE JOSEPH C. SPERO

20

21

22

23    Plaintiff Paul M. Sanders ("Plaintiff") moves the Court for an order to continue the

24 Initial Case Management Conference, in the above entitled matter, originally scheduled

25 for May 30, 2008 at 1:30 PM until July 11, 2008 at 1:30 PM or at any other time

26 thereafter to suit the Court.

27 ///

28 ///

1   Plaintiff made efforts to ascertain the identity of Defendant's counsel of but
2   received no response to correspondence delivered by US mail to the primary address for
3   Defendant's place of business and employment, so Plaintiff could not discuss with or
4   receive stipulation from Defendants for a time extension and Defendants, though served,
5   have not as yet appeared in the above entitled matter as of the date of this motion, so
6   Plaintiff has made this motion Ex-Parte.
7   Plaintiff requests the time extension due to health reasons and financial hardship.
8
9
10  Date: May 17, 2008
11  Submitted by: *[signature]*
       Paul M. Sanders – Plaintiff Pro Se
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28