PAUL M. SANDERS
(paulmsanders@yahoo.com)
1607 Silkwood Drive
Modesto, CA 95350
Telephone: (209) 527-6324

Plaintiff In *Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS, | Case No. **C08-00989 JCS** |
| Plaintiff, | DECLARATION OF PLAINTIF PAUL M, SANDERS IN SUPPORT OF MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| **HIGHLAND GENERAL HOSPITAL** d/b/a/ **ALAMEDA COUNTY MEDICAL CENTER**, a corporation, **DR. H. STEELE**, an individual, **DR. A. PEASE**, an individual, **DR. G. HERN**, an individual, **DR. R. CLEMENTS**, an individual, **DR. D. PRICE**, an individual, and **DOES 1-20** et al, | |
| Defendants. | **HON. JUDGE JOSEPH C. SPERO** |

Plaintiff Paul M. Sanders ("Plaintiff") presents the following Declaration in support of his Ex-Parte Motion to continue the Initial Case Management Conference:

1.  Plaintiff on February 19, 2008 filed with the court clerk the above entitled action with an Ex-Parte motion to proceed In Forma Pauperis.

2.  On March 7, 2008, the Court issued an order granting Plaintiff's request to proceed In Forma Pauperis.

DECLARATION OF PLAINTIFF PAUL M.
SANDERS IN SUPPORT OF EX-PARTE MOTION

3.  Prior to the courts granting Plaintiff's request to proceed In Forma Pauperis, Plaintiff wrote to each defendant at their place of business and employment and requested verification of representation or counsel and received no response from any of the parties.

4.  After the Courts March 7, 2008 granting of Plaintiff's request to proceed In Forma Pauperis, Plaintiff sent the summons and complaints to the court clerk for processing and as of the date of this declaration has knowledge that the summons and complaint has been received by the US Marshal and served upon the defendants on April 30, 2008.

5.  Until Defendants appear in this matter through their answer to the summons and complaint, Plaintiff does not know whom represents defendants and can not confer with any counsel as to the requirements of the Courts order setting Initial Case Management Conference and ADR deadlines.

6.  Plaintiff though he was a temporary resident of Contra Costa County at the time that the issues that led to this action occurred and was filed, is a permanent resident of the State of Oregon and has been since 1970.

7.  Plaintiff because of the Courts order setting Initial Case Management scheduled necessary medical treatments in the State of Oregon until after the May 30, 2008 hearing

8.  Plaintiff because of medical necessity has had to reschedule these necessary medical treatments sooner and will arrive in the State of Oregon on May 1, 2008 and these medical treatments and recovery now conflict with the May 30, 2008 hearing.

9.  Plaintiff due to his medical condition can not work and will not be able financially able to leave the State of Oregon to attend the Initial Case Management Conference until after the beginning of July 2008

#2    **DECARATION OF PLAINTIFF PAUL M. SANDERS IN SUPPORT OF EX-PARTE MOTION**

1  10.  There have been no stipulations or orders to continue any scheduled event or
2  deadline prior to the motion to continue the Initial Case management Conference.
3
4  11.  The continuation of the time for the Initial Case Management Conference would
5  not prejudice any parties in this matter because until the summons and complaint is served
6  and answered, the 5 defendants have not appeared in this matter and the time allowed for
7  an answer to the complaint after its service upon defendants would probably extend
8  beyond the deadlines stated in the Case Schedule pursuant to FRCivR 26(a)(1) and 26(f),
9  ADR L.R. 16-8 and Civil L.R. 16-8 and 16-9.
10
11  The above statements in this Declaration of Plaintiff Paul M. Sanders in support of
12  Plaintiff's Ex-Parte Motion to continue the Initial Case Management Conference were
13  made under the penalty of perjury pursuant to any governing Laws of the United States of
14  America.
15
16  Date: May 17, 2008
17
18  Submitted by: _____
19  Paul M. Sanders – Plaintiff Pro Se

#3    DECARATION OF PLAINTIFF PAUL M.
       SANDERS IN SUPPORT OF EX-PARTE MOTION