1  PAUL M. SANDERS
   (paulmsanders@yahoo.com)
2  1607 Silkwood Drive
   Modesto, CA 95350
3  Telephone: (209) 527-6324

4  Plaintiff In *Pro Se*

FILED
08 MAY 22 PM 12: 57

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 PAUL M. SANDERS,                                 Case No. **C08-00989 JCS**

12                 Plaintiff,

                                                    **PROOF OF SERVICE**
13          v.

14 **HIGHLAND GENERAL
   HOSPITAL** d/b/a/ **ALAMEDA
15 COUNTY MEDICAL CENTER**, a
   corporation, **DR. H. STEELE**, an
16 individual, **DR. A. PEASE**, an
   individual, **DR. G. HERN**, an
17 individual, **DR. R. CLEMENTS**, an      **HON. JUDGE JOSEPH C. SPERO**
   individual, **DR. D. PRICE**, an
18 individual, and **DOES 1-20** et al,

19                 Defendants.

PROOF OF SERVICE -MOTION TOCONTINUE
INITIAL CASE MANAGEMENTCONFERENCE

1    I, Paul M. Sanders am the Plaintiff Pro Se in the above Entitled matter and on May
2    16, 2008, I caused to be served the following:
3    PLAINTIFF'S EX-PARTE MOTION TO CONTINUE THE INTITIAL CASE
4    MANAGEMENT CONFERENCE
5    PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION TO CONTINUE
6    INITIAL CASE MANAGEMENT CONFERENCE
7    COPY OF PROOF OF SERVICE
8    CHAMBER'S COPY OF MOTION, DECLARATION AND PROOF OF
9    SERVICE and
10   MAY 17, 2008 LETTER TO CLERK OF COURT
11   by depositing true copies in an envelope with postage pre-paid in the US MAIL in the
12   city of Portland, Multnomah County, Oregon on May 17, 2008, addressed as follows:

    Clerk of Court
    U.S. District Court
    450 Golden Gate Ave.
    San Francisco, Ca  94102

19   I declare under penalty of perjury that the above is true and correct to the best of
20   my knowledge and was executed on May 17, 2008 in Portland, Oregon.

BY: _____
     Paul M. Sanders – Plaintiff Pro Se

#2    PROOF OF SERVICE- MOTION TO CONTINUE
      INITIAL CASE MANAGEMENT CONFERENCE