GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER
A Public Hospital Authority, sued herein as
"Highland General Hospital"

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHLAND GENERAL HOSPITAL d/b/a ALAMEDA COUNTY MEDICAL CENTER, a corporation, DR. H. STEELE, an individual, DR. A. PEASE, an individual, DR. G. HERN, an individual, DR. R. CLEMENTS, an individual, DR. D. PRICE, an individual, and DOES 1-20, et al.<br><br>    Defendants. | Case No.: 08-CV-00989 JCS<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed: February 19, 2008 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

///

-1-
DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT BY ALAMEDA COUNTY MEDICAL CENTER
*Sanders v. Highland Hospital d/b/a Alameda County Medical Center, et al.*, case no. 08-CV-00989

DATED: May 23, 2008

                                    BOORNAZIAN, JENSEN & GARTHE
                                    A Professional Corporation

                                By: _____/s/ Jill P. Sazama, Esq._____
                                        JILL P. SAZAMA, ESQ.
                                        Attorneys for Defendant
                                   ALAMEDA COUNTY MEDICAL
                                              CENTER

25391\433528

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT BY ALAMEDA COUNTY MEDICAL CENTER
*Sanders v. Highland Hospital d/b/a Alameda County Medical Center, et al.*, case no. 08-CV-00989