UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL M SANDERS,

        Plaintiff(s),

  v.

HIGHLAND GENERAL HOSPITAL, ETC.,
et al.,

        Defendant(s).
_____/

No. C-08-0989 JCS

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

    [x]    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

    []    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND NEED TO BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: May 29, 2008

Richard W. Wieking, Clerk
United States District Court

          /s/
By: Snooki Puli
    Deputy Clerk

cc: Intake

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL M. SANDERS,

        Plaintiff,

  v.

HIGHLAND GENERAL HOSPITAL, ETC.,
et al.,

        Defendant(s).
                           /

Case Number: CV08-0989 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul M. Sanders
1607 Silkwood Drive
Modesto,k CA 95350

Dated: May 29, 2008

/s/

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk