GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER
A Public Hospital Authority, sued herein as
"Highland General Hospital"

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS, ) | Case No.: 08-CV-00989 JCS |
| Plaintiff, ) | **NOTICE OF APPEARANCE OF LEAD COUNSEL** |
| v. ) | |
| HIGHLAND GENERAL HOSPITAL d/b/a ) ALAMEDA COUNTY MEDICAL CENTER, ) a corporation, DR. H. STEELE, an individual, ) DR. A. PEASE, an individual, DR. G. HERN, ) an individual, DR. R.CLEMENTS, an ) individual, DR. D. PRICE, an individual, and ) DOES 1-20, et al. ) ) Defendants. ) | Complaint Filed: February 19, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT **Gregory J. Rockwell, Esq.,** also of Boornazian, Jensen and Garthe, A Professional Corporation, hereby appears as Lead Counsel for defendant ALAMEDA COUNTY MEDICAL CENTER, A Public Hospital Authority, sued herein as "Highland General Hospital."  Mr. Rockwell submits this Notice so that he may receive electronic notice of documents filed in this case.

-1-
NOTICE OF APPEARANCE OF LEAD COUNSEL
*Sanders v. Highland Hospital d/b/a Alameda County Medical Center, et al.*, case no. 08-CV-00989

-2-

1 | DATED:   June 5, 2008

2 |                                                           BOORNAZIAN, JENSEN & GARTHE
  |                                                           A Professional Corporation

4 |                                                 By:  _____/s/ Gregory J. Rockwell, Esq._____
  |                                                           GREGORY J. ROCKWELL, ESQ.
5 |                                                                Attorneys for Defendant
  |                                                           ALAMEDA COUNTY MEDICAL
6 |                                                                         CENTER

---

NOTICE OF APPEARANCE OF LEAD COUNSEL
*Sanders v. Highland Hospital d/b/a Alameda County Medical Center, et al.*, case no. 08-CV-00989

# CERTIFICATE OF SERVICE
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF APPEARANCE OF LEAD COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Paul M. Sanders                             **Plaintiff in Pro Per**
1607 Silkwood Drive
Modesto, CA 95350

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on June 5, 2008.

      /s/ Candace Hankins
      Candace Hankins

25391\434342

-3-
NOTICE OF APPEARANCE OF LEAD COUNSEL
*Sanders v. Highland Hospital d/b/a Alameda County Medical Center, et al.*, case no. 08-CV-00989