1  PAUL M. SANDERS
   (paulmsanders@yahoo.com)
2  1607 Silkwood Drive
   Modesto, CA  95350
3  Telephone:   (209) 527-6324

4  Plaintiff In *Pro Se*

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | PAUL M. SANDERS,                          | Case No. **C08-00989 VRW**
12 |            Plaintiff,
13 |      v.                                    | LETTER TO COURT CLERK
                                                 RICHARD W. WEIKING
14 | **HIGHLAND GENERAL
15 | HOSPITAL** d/b/a/ **ALAMEDA
     COUNTY MEDICAL CENTER**, a
16 | corporation, **DR. H. STEELE**, an
     individual, **DR. A. PEASE**, an
17 | individual, **DR. G. HERN**, an
     individual, **DR. R. CLEMENTS**, an       | HON. JUDGE VAUGHN R. WALKER
18 | individual, **DR. D. PRICE**, an
     individual, and **DOES 1-20** et al,
19 |            Defendants.

20

21     Dear Mr. Weiking,
22

23     I am writing to you because I am being prejudiced by the Court Clerks Office's
       failures to electronically notify me of activity in the above entitled case. I do not feel that
24     the intention of the Court in the implementation of the ECF system was to have a Pro Se
       litigant to have to contact an opposing Party for notice of their declination of the
25     magistrate judge and reassignment to a district judge and because I am not allowed to
       participate in the e-filing system without permission of the Court. I should not have to be
26     a participant in the e-filing system for the court to notify me electronically of any activity.

27     When I filed the complaint I specifically requested in a letter to the Court Clerk
       that the clerks office email notice of any activity and this was not done it has this caused
28

*Received stamp: JUN -6 PM 2:10, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

*Filed stamp: JUN - 6 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

1 confusion over the status of the case concerning service of the answer upon me as the Plaintiff by defendants and whether all of the defendants have properly appeared.

2

3   I respectfully request that the Court Clerk give me the professional courtesy of notifying me electronically of any activity in the above entitled matter.

4 DATED this 4th day of June, 2008

5 Sincerely yours,

6 *[signature]*

7 Paul M. Sanders

| | |
|---|---|
| 1 | **Proof of Service by Mail** |
| 2 | I certify that I caused to be served a **Letter to the Court Clerk** by placing a true and correct copy in a sealed envelope with 1st class postage affixed in the US mail addressed |
| 3 | as follows: |
| 4 |     Clerk of Court |
| |     US District Court |
| 5 |     450 Golden Gate Avenue |
| |     San Francisco, CA  94102 |

I declare under penalty of perjury that this service was executed on June 4, 2008 in the city of Portland, Oregon.

_____
Paul M. Sanders