PAUL M. SANDERS
(paulmsanders@yahoo.com)
1607 Silkwood Drive
Modesto, CA 95350
Telephone:   (209) 527-6324

Plaintiff In *Pro Se*

FILED

08 JUN -6 PM 2: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL M. SANDERS,**<br><br>        Plaintiff,<br><br>v.<br><br>**HIGHLAND GENERAL HOSPITAL d/b/a/ ALAMEDA COUNTY MEDICAL CENTER,** a corporation, **DR. H. STEELE,** an individual, **DR. A. PEASE,** an individual, **DR. G. HERN,** an individual, **DR. R. CLEMENTS,** an individual, **DR. D. PRICE,** an individual, and **DOES 1-20** et al,<br><br>        Defendants. | Case No. **C08-00989 VRW**<br><br>**NOTICE OF MOTION**<br><br>Hearing Date: Friday July 25, 2008<br>Time: 8:30 AM<br><br>**HON. JUDGE VAUGHN D. WALKER** |

    Plaintiff Paul M. Sanders hereby gives Notice to Defendant Alameda County Medical Center that he has filed a Motion for a **Request For An Entry Of Default** against Defendant Alameda County Medical Center in the above entitled matter and it is scheduled to be heard at a Hearing on July 25, 2008 at 8:30 AM in the Courtroom of the Honorable District Judge Vaughn D. Walker located at 450 Golden Gate Avenue, San Francisco, CA. 94102.

DATED this 4th day of June, 2008

Respectfully Submitted by:

*[signature]*
Paul M. Sanders – Plaintiff Pro Se

NOTICE OF MOTION FOR A REQUEST FOR AN ENTRY OF DEFAULT

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I served a complete and exact copy of the foregoing **Notice of Motion for a Request for an Entry of Default** on the following:

Clerk of Court
US District Court
450 Golden Gate Avenue
San Francisco CA 94102

Jill Sazama Esq
(email: jsazama@bjg.com)
BOORNAZIAN, JENSEN & GARTHE
555 12th Street, Suite 1800
Oakland, CA 94604

By mailing true copies thereof in sealed, first-class prepaid envelopes, addressed to such party's and attorney's last known addresses shown above and deposited in the U.S.Mail at Portland, on said date: and

By electronically transmitting true copies thereof to Defendant Highland General Hospital's attorney at their respective email addresses shown above on said date.

**DATED** this 4th day of June, 2008

s/ Paul M. Sanders
PAUL M SANDERS– Plaintiff Pro Se

#2    NOTICE OF MOTION FOR A REQUEST FOR
AN ENTRY OF DEFAULT