**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                  General Court Number
Clerk                                                                       415.522.2000

June 13, 2008

RE: <u>CV 08-00989 VRW</u>     <u>PAUL M. SANDERS-v- HIGHLAND GENERAL HOSPITAL</u>

Default is declined as to Highland General Hospital doing business as Alameda County Medical Center on June 13, 2008.

RICHARD W. WIEKING, Clerk

*Gwen S. Agid*

by: <u>Gwen Agid</u>
Case Systems Administrator