UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>HIGHLAND GENERAL HOSPITAL et al,<br><br>    Defendant._____/ | Case Number: C08-0989 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory J. Rockwell - e-notified
Boornazian Jensen & Garthe
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925

Jill Sazama - e-notified
Boornazian Jensen & Garthe
A Professional Corporation
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925

Paul M. Sanders
1607 Silkwood Dr.
Modesto, CA 95350

Dated: June 18, 2008

                                       Richard W. Wieking, Clerk
                                       By: Cora Klein, Deputy Clerk

*Cora Klein* (signature)