| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PAUL M. SANDERS<br>(paulmsanders@yahoo.com)<br>1607 Silkwood Drive<br>Modesto, CA 95350<br>Telephone: (209) 527-6324<br><br>Plaintiff In *Pro Se* | **FILED**<br><br>JUN 1 8 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS,<br><br>         Plaintiff,<br><br>v.<br><br>HIGHLAND GENERAL HOSPITAL d/b/a/ ALAMEDA COUNTY MEDICAL CENTER, a corporation, **DR. H. STEELE**, an individual, **DR. A. PEASE**, an individual, **DR. G. HERN**, an individual, **DR. R. CLEMENTS**, an individual, **DR. D. PRICE**, an individual, and **DOES 1-20** et al,<br><br>         Defendants. | Case No. **C08-00989 VRW**<br><br>**EX- PARTE LETTER TO THE HONORABLE JUDGE VAUGHN R. WALKER**<br><br><br><br><br><br>**HON. JUDGE VAUGHN R. WALKER** |

YOUR HONOR,

I am writing to you because I am being discriminated against by your Court because this has been assigned as a E-filing Case. I have not been notified of any activity in the above entitled matter by the Clerk's office though I have officially requested it in 2 letters, one to the Court Clerk on June 4, 2008, that I be given this professional courtesy and received NO RESPONSE.

– C 05-04177 WHA

1
2  The opposing party did not timely serve me with answer to the complaint or a response to
3  my Motion for an entry of Default denying me the opportunity to reply to his response
4  because I never received a response for either at my address of record or my e-mail.
5
6       I know for a fact that it was NOT the intention of the Court in implementing the E-
7  Filing system so that it could be used as a tool of advantage by parties in an action. As you
8  well know as a Pro SE litigant, Local rules do not require me to participate in the ECF
9  system and I have to ask and receive permission from you to participate in this system and
10 as a Pro Se litigant under FRCP, I am required to hard copy documents to the Court and
11 opposing parties and I am placed at a disadvantage because of your disparate enforcement
12 of this rule and it turns out in this case that in the Courts pursuit of efficiency in
13 implementing this system it has caused me to be discriminated against by your court and
14 the way the Court Clerk handles notification of case activity for Pro SE Litigants. The
15 Court Clerk noticed me that Attorney's will not be notices by mail of case activity but I
16 am not an Attorney and thus the Clerk should notice me by conventional means.
17      I have a case in the Oregon District before the Honorable Magistrate Judge
18 Thomas Coffin and the Clerk's office and the opposing party regularly e-mail and hard
19 copy me concerning Case Activity and I know for a fact that the FRCP is not different
20 between Districts.
21      The Oregon District has E-filing requirements by Attorneys also but is
22 intelligent enough to know that Pro Se litigants are special situations under the FRCP and
23 have adjusted the E-File Local rule implementation concerning Pro SE litigants
24 accordingly and I am respectfully requesting that your Court cease this discriminatory
25 policy and do the Same.
26      I filed an ex-parte motion for In Forma Pauperis in this action , which the Court
27 approved and do not have the funds or a credit card to get a Pacer account to access
28 documents filed electronically and this has caused the Court to further discriminate

#2                                                          - C 05-04177 WHA