1  PAUL M. SANDERS
   (paulmsanders@yahoo.com)
2  1607 Silkwood Drive
   Modesto, CA 95350
3  Telephone: (209) 527-6324

4  Plaintiff In *Pro Se*

**FILED**

JUN 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HIGHLAND GENERAL HOSPITAL d/b/a/ ALAMEDA COUNTY MEDICAL CENTER, a corporation, **DR. H. STEELE**, an individual, **DR. A. PEASE**, an individual, **DR. G. HERN**, an individual, **DR. R. CLEMENTS**, an individual, **DR. D. PRICE**, an individual, and **DOES 1-20** et al,<br><br>　　　　　Defendants. | Case No. **C08-00989 VRW**<br><br>**CERTIFICATE OF SERVICE- PLAINTIFF PAUL M. SANDERS' EX- PARTE LETTER TO HONORABLE JUDGE VAUGHN R. WALKER** |

CERTIFICATE OF SERVICE – PLAINTIFF PAUL
M. SANDERS MOTION FOR A REQUEST FOR AN

1  I, hereby certify that I served a copy of **PLAINTIFF'S EX-PARTE LETTER TO**
2  **HONORABLE JUDGE VAUGHN R. WALKER; and a copy of this certificate of**
3  **service** upon:

4  Hon. Judge Vaughn R. Walker
   US District Court – Nor Cal District
5  450 Golden Gate Ave.
   San Francisco, CA  94102
6

7  G. Rockwell Esq.
   Boomaçais, Jensen and Garth
8  555 12th Street, Suite 1800
   Oakland, CA 94604
9

10  by depositing true and correct copies in a sealed, postage pre-paid, first class envelope
11  addressed to the party shown above in the United States Postal Service in the city of
12  Portland, Oregon, on the date set forth below.
13
14  DATED this 16th day of June, 2008.
15                                  BY:
16  .                                    _____
                                         Paul M. Sanders – Plaintiff Pro Se
17
18
...
28