UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL M. SANDERS,

        Plaintiffs,

v.

HIGHLAND GENERAL HOSPITAL d/b/a ALAMEDA COUNTY MEDICAL CENTER, et al.,

        Defendants.

No. 08-CV-00989 VRW

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program ECF) under General Order 45*) ;

    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug. 28, 2008

By: _____
MARY ELLYN GORMLEY, ESQ.
General ~~Deputy County~~ Counsel
ALAMEDA COUNTY MEDICAL CENTER

Dated: 8/29/08

By: _____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

25391\441432

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ADR CERTIFICATION BY PARTIES AND COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Paul M. Sanders<br>1607 Silkwood Drive<br>Modesto, CA 95350<br>Tele: 209-527-6324 (Message#)<br>paulmsanders@yahoo.com<br>[Via E-mail and Mail] | **Plaintiff in Pro Per** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on August 29, 2008.

*Candace H_____*
Candace Hankins

25391\441432