UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SANDERS,<br><br>            Plaintiffs,<br><br>v.<br><br>HIGHLAND GENERAL HOSPITAL d/b/a ALAMEDA COUNTY MEDICAL CENTER, et al.,<br><br>            Defendants. | Case No.: 08-CV-00989 VRW<br><br>ASSIGNED TO JUDGE VAUGHN R. WALKER<br><br>Complaint File: February 19, 2008<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

have not yet reached an agreement to an ADR process

Date of Case Management Conference: September 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregory J. Rockwell | Defs. Co. of Alameda, et al. | 510-834-4350 | grockwell@bjg.com |
| Paul M. Sanders | In Pro Per | 209-527-6324 | paulmsanders@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Sept. 3, 2008

By: _____
Gregory J. Rockwell, Esq.
Jill P. Sazama, Esq.
Attorneys for Defendant

Dated: _____

By: _____
Paul M. Sanders
Plaintiff In Pro Per

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF NEED FOR ADR PHONE CONFERENCE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Plaintiff in Pro Per**
Paul M. Sanders
1607 Silkwood Drive
Modesto, CA 95350
Tele: 209-527-6324 (Message#)
paulmsanders@yahoo.com
[Via E-mail and Mail]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 3, 2008.

_____
CARMEN KALT

25391\441685