IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL M SANDERS,                                  No   C 08-0989 VRW

    Plaintiff,                           ORDER TO SHOW CAUSE

    v

HIGHLAND GENERAL HOSPITAL d/b/a
ALAMEDA COUNTY MEDICAL CENTER, et
al,

    Defendants.
                                     /

    Plaintiffs failed to appear at the September 11, 2008 case management conference in this matter.  Accordingly, plaintiffs are ORDERED TO SHOW CAUSE in writing by October 16, 2008 why this case should not be dismissed for failure to prosecute.

    IT IS SO ORDERED.

                                         VAUGHN R WALKER
                                         United States District Chief Judge