IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL M SANDERS,** | No   C 08-0989 VRW |
| Plaintiff, | ORDER |
| v | |
| **HIGHLAND GENERAL HOSPITAL d/b/a ALAMEDA COUNTY MEDICAL CENTER, et al,** | |
| Defendants. / | |

On September 17, 2008, plaintiff was ordered to show cause in writing by October 16, 2008 why this case should not be dismissed for failure to prosecute.  Doc #40.  The order to show cause was served on plaintiff the same day.  Doc #41.  Plaintiff has not responded to the order to show cause within the time allowed.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.  The clerk is DIRECTED to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge